FILED '07 JUN 05 14:27 USDC-ORE

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON

FEDERICO DE JESUS ESTACIO, JR.

**Plaintiff,**

v.

**Civil No.: 07-520-TC**

OREGON COURT OF APPEALS, et al.,

**Defendants.**

---

# FINDINGS AND RECOMMENDATION

Plaintiff was ordered on May 2, 2007, to submit the requiste $350 filing fee within 30 days of this court's order denying plaintiff's in forma pauperis status. To date nothing has been filed by Plaintiff, nor has the filing fee been tendered to the court.

This action should be dismissed for plaintiff's failure to prosecute and failure to comply with a court order.

Dated: June 5 , 2007.

_____
**United States Magistrate Judge**

FINDINGS AND RECOMMENDATION