IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

FEDERICO DE JESUS ESTACIO, JR.,

          Plaintiff,

v.

OREGON COURT OF APPEALS, et al.,

          Defendants.

Civil No. 07-520-TC

O R D E R

    Magistrate Judge Coffin filed his Findings and Recommendation on June 5, 2007. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1982). See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

    THEREFORE, IT IS HEREBY ORDERED that, I adopt Judge Coffin's Findings and Recommendation.

    Dated this 25 day of June, 2007.

                        /s/ Ann Aiken
                        Ann Aiken, United States District Judge

Order -- Page 1